IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIFFINEY JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:19-CV-2361-N |
| THE CMI GROUP and A-Z CALL CENTER SERVICES | ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants The CMI Group and A-Z Call Center Services' Motion to Compel Arbitration, Motion to Dismiss, or Alternatively, Motion to Abate*, filed March 18, 2020 (doc. 21), is **GRANTED**. By separate judgment, this action will be **DISMISSED without prejudice**.

**SIGNED** this 8th day of February, 2021.

_____
David C. Godbey
United States District Judge